■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL McFARLANE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Aiello,

J.), rendered December 20, 1989, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has failed to preserve for appellate review his contention that the court's charge on identification was inadequate *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245), and we decline to review it in the exercise of our interest of justice jurisdiction.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have considered the defendant's claim of ineffective assistance of counsel and find it to be without merit *(see, People v Sullivan,* 153 AD2d 223).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]), or without merit. Bracken, J. P., Harwood, Miller and Copertino, JJ., concur.